■ FRANK LEO, Appellant, v. LAURA REILE, Respondent.— Judgment and order unanimously affirmed, without costs of this appeal to either party. Memorandum: Upon the record before us it is impossible to conclude that the verdict of the jury of no cause for action in this derivative action of the plaintiff husband should be reversed. The duty rested upon appellant after having taken an appeal to prepare and submit a supplemental record containing such parts of the testimony as were not contained in the record submitted by defendant in her separate appeal from a judgment in favor of appellant's wife. The present record contains no evidence as to the damages, if any, sustained by appellant. In passing we note, however, that the charge of the trial court was wholly inadequate as to the nature of the husband's cause of action. The jury should have been instructed, as it was not, that the right of the husband to recover must be tested by the right of the wife to recover the damages accruing to her personally for the injuries which caused the loss of consortium and the consequent expenses to the husband. When the jury returned what may have been inconsistent verdicts appellant took no action to have the jury properly instructed and retired for further consideration of the two actions. In the absence of a proper record there may be only speculation as to whether the action of the jury was due to a failure to receive proper instructions or a finding that appellant sustained no damage. (Appeal from judgment of Oneida County Court for defendant for no cause of action. The order denied a motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ JEANNE VENTRY, Appellant, v. LYONS TRANSPORTATION COMPANY et al., Respondents.— Judgment and order unanimously affirmed, without costs of this appeal to any party. (Appeal from judgment of Erie Trial Term for plaintiff in an automobile negligence action. The order denied plaintiff's motion for a new trial on the ground, among other things, that the verdict was inadequate.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ JAMES C. HEANEY, Appellant, v. COUNTY OF ERIE, Respondent, and BUFFALO PHILHARMONIC ORCHESTRA SOCIETY, INC., Intervenor, Respondent.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Erie Supreme Court dismissing the petition on the merits, in a proceeding to compel Erie County to collect money paid to the Buffalo Philharmonic Orchestra Society, Inc., and to restrain payment of such money in the future.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ WARD V. SMITH, Respondent, v. RAY C. VAUGHN, Appellant.— Judgment and order unanimously affirmed, with costs. (Appeal from judgment of Steuben Trial Term for plaintiff in an automobile negligence action. The order denied motions to dismiss the complaint, for a directed verdict, and to set aside the verdict as against the weight of evidence.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.